NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH D. FARROW,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7074

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2266, Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Kenneth D. Farrow moves out-of-time for a 60-day extension of time, until December 17, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

<u>OCT 1 9 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Nicholas Jabbour, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 9 2012

JAN HORBALY
CLERK